**Fill in this information to identify the case:**

Debtor 1: Phillip Greenblatt
Debtor 2 (Spouse, if filing): Susan Greenblatt
United States Bankruptcy Court for the Eastern District of Michigan (State)
Case number: 17-48467-mlo

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST II

**Court claim No. (if known):** 8

**Last 4 digits** of any number you use to identify the debtor's account: 9899

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: Plan Review | 6/23/2017 | (11) $ | 250.00 |
| 12. Other. Specify: | | (12) $ | |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Phillip Greenblatt | | | Case Number *(if known)* | 17-48467-mlo |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ **Jenelle C. Arnold**
    Signature

Date: **October 25, 2017**

Print: Jenelle C. Arnold
    First Name    Middle Name    Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
    Number    Street

San Diego    CA    92177-0933
City    State    Zip Code

Contact phone (858)-750-7600

Email: PCN-PPFN.Inquiries@nationstarmail.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN - DETROIT DIVISION

| | |
|---|---|
| In re<br><br>PHILLIP GREENBLATT and SUSAN GREENBLATT,<br><br>Debtor(s). | Case No. 17-48467-mlo<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On December 20, 2017, I served the Notice of Postpetition Mortgage Fees, Expenses, and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2017            /s/Melissa Gonzalez
                                    MELISSA GONZALEZ

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Phillip Greenblatt
Susan Greenblatt
36917 Fox Glen
Farmington Hills, MI 48331

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

John A. Steinberger
17515 West 9 Mile Road, #420
Southfiled, MI 48075
john@steinbergerlaw.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226