| | |
|---|---|
| Debtor 1 | Phillip Greenblatt |
| Debtor 2 (Spouse, if filing) | Susan Greenblatt |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 17-48467 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 9 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/1/2018

**New total payment:** $ 1,685.54
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   
   Current escrow payment: $ 632.69       New escrow payment: $ 623.95

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   
   Current interest rate: _____ %       New interest rate: _____ %
   
   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
   
   Reason for change: _____
   
   Current mortgage payment: $ _____       New mortgage payment: $ _____

| Debtor 1 | Phillip Greenblatt | | Case number (if known) 17-48467 |
|---|---|---|---|
| | First Name | Middle Name Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ *Kristy Steffani*
Signature
Trott # 482605B01

Date 5-4-2018

**Kristy Steffani, Attorney (P77020)**

Print: _____
 First Name   Middle Name   Last Name

Title  Attorney for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X

Company  Trott Law, P.C.

Address  31440 Northwestern Hwy Ste. 145
 Number   Street

 Farmington Hills, MI  48334-5422
 City   State   ZIP Code

Contact phone  248.642.2515

Email  EasternECF@trottlaw.com

 8950 Cypress Waters Blvd.
Coppell, TX 75019

04/30/2018

**OUR INFO**
ONLINE:
www.mrcooper.com

**YOUR INFO**
LOAN NUMBER

PHILLIP GREENBLATT
36917 FOX GLN
FARMINGTON HILLS,MI 48331

PROPERTY ADDRESS
36917 FOX GLEN
FARMINGTON HILLS,MI 48331

Dear PHILLIP GREENBLATT and SUSAN GREENBLATT,

**Why am I receiving this letter?**
An annual escrow analysis was performed on your account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, your Dedicated Loan Specialist is Chase Jones and can be reached at  or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT).

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Annual Escrow Account Disclosure Statement

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



DAL



8950 Cypress Waters Blvd.
Coppell, TX 75019

**Escrow Account Disclosure Statement**

**Customer Service:** ▮
Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

PHILLIP GREENBLATT
36917 FOX GLN
FARMINGTON HILLS, MI 48331

**Tax/Insurance:** ▮
Monday through Thursday from 8 a.m. to 9 p.m. (ET), Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

Your Loan Number: ▮
Statement Date: 04/30/2018

| | |
|---|---|
| **Why am I receiving this?** | Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $269.83. If you are behind on your payments this is not a true surplus.<br>If your account is current, the analysis below will show there to be a surplus, as well as changes in your monthly escrow payment. |
| **What do I need to do?** | Due to the status of your loan, we are retaining these funds in your Escrow Account per RESPA guidelines. Please note that effective 07/01/2018, your new total monthly payment will be $1,685.54. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $1,061.59 | $0.00 | $1,061.59 |
| ESCROW | $632.69 | ($8.74) | $623.95 |
| **Total Payment** | **$1,694.28** | **($8.74)** | **$1,685.54** |

See below for surplus calculation

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



**Minimum Required Balance**
$1,247.90

**Lowest Projected Balance**
$1,517.73

**Surplus Amount $269.83**

Please see the Coming Year Projections table on the back for more details.

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| CITY TAX | $5,690.31 | ($8.96) | $5,681.35 |
| HAZARD SFR | $1,902.00 | ($96.00) | $1,806.00 |
| **Annual Total** | **$7,592.31** | **($104.96)** | **$7,487.35** |

If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.

The change in your escrow payment may be based on one or more of the following factors:

**Payment(s)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow
- Previous deficiency/shortage not paid entirely

**Taxes**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**Insurance**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability



If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

## Prior Year Account History and Coming Year Projections

This is a statement of the actual activity in your escrow account from 06/17 through 06/18. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $1,247.90 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $1,517.73 will be reached in August 2018. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $269.83. These amounts are indicated with an arrow (<).

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $6,470.20 | ($1,122.11) |
| 06/17 | $0.00 | $0.00 | $0.00 | $1,806.00 * | HAZARD SFR | $6,470.20 | ($2,928.11) |
| 07/17 | $632.69 | $632.69 | $1,902.00 | $0.00 | HAZARD SFR | $5,200.89 | ($2,295.42) |
| 08/17 | $632.69 | $632.69 | $4,568.20 | $4,597.95 * | CITY TAX | $1,265.38 | ($6,260.68) |
| 09/17 | $632.69 | $632.69 E | $0.00 | $0.00 | | $1,898.07 | ($5,627.99) |
| 10/17 | $632.69 | $632.69 E | $0.00 | $0.00 | | $2,530.76 | ($4,995.30) |
| 11/17 | $632.69 | $632.69 E | $0.00 | $0.00 | | $3,163.45 | ($4,362.61) |
| 12/17 | $632.69 | $632.69 | $1,122.11 | $1,083.40 * | CITY TAX | $2,674.03 | ($4,813.32) |
| 01/18 | $632.69 | $3,386.51 E | $0.00 | $0.00 | | $3,306.72 | ($1,426.81) |
| 02/18 | $632.69 | $2,468.57 E | $0.00 | $0.00 | | $3,939.41 | $1,041.76 |
| 03/18 | $632.69 | $632.69 E | $0.00 | $0.00 | | $4,572.10 | $1,674.45 |
| 04/18 | $632.69 | $2,468.57 E | $0.00 | $0.00 | | $5,204.79 | $4,143.02 |
| 05/18 | $0.00 | $1,265.38 E | $0.00 | $0.00 | Anticipated Payments 05/17-06/17 | $5,204.79 | $5,408.40 |
| 06/18 | $632.69 | $632.69 E | $0.00 | $0.00 | | $5,837.48 | $6,041.09 |
| 06/18 | $632.69 | $632.69 E | $0.00 | $0.00 | | $6,470.17 | $6,673.78 |
| Total | $7,592.28 | $15,283.24 | $7,592.31 | $7,487.35 | Total | $6,470.17 | $6,673.78 |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $6,673.78 | $6,403.95 |
| 07/18 | $623.95 | | $1,806.00 | | HAZARD SFR | $5,491.73 | $5,221.90 |
| 08/18 | $623.95 | | $4,597.95 | | CITY TAX | $1,517.73 | $1,247.90 < |
| 09/18 | $623.95 | | $0.00 | | | $2,141.68 | $1,871.85 |
| 10/18 | $623.95 | | $0.00 | | | $2,765.63 | $2,495.80 |
| 11/18 | $623.95 | | $0.00 | | | $3,389.58 | $3,119.75 |
| 12/18 | $623.95 | | $1,083.40 | | CITY TAX | $2,930.13 | $2,660.30 |
| 01/19 | $623.95 | | $0.00 | | | $3,554.08 | $3,284.25 |
| 02/19 | $623.95 | | $0.00 | | | $4,178.03 | $3,908.20 |
| 03/19 | $623.95 | | $0.00 | | | $4,801.98 | $4,532.15 |
| 04/19 | $623.95 | | $0.00 | | | $5,425.93 | $5,156.10 |
| 05/19 | $623.95 | | $0.00 | | | $6,049.88 | $5,780.05 |
| 06/19 | $623.95 | | $0.00 | | | $6,673.83 | $6,404.00 |
| Total | $7,487.40 | | $7,487.35 | | Total | $6,673.83 | $6,404.00 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, your Dedicated Loan Specialist is Chase Jones and can be reached at (866) 316-2432 EXT. 8948945 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT).

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.