B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Phillip Greenblatt, Susan Greenblatt, Case No. 17-48467-mlo

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust | U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 8037

Court Claim # (if known): 8-1
Amount of Claim: $295,019.18
Date Claim Filed: 07/06/2017

Phone: 972.347.4350
Last Four Digits of Acct. #: 2264

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons        Date: 07/23/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.